IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 0097 |
| | ) | |
| v. | ) | Judge Manning |
| | ) | |
| GREENTREE, | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:  David Powell
P.O. Box 5282
Lansing, Illinois 60438

PLEASE TAKE NOTICE that on January 17, 2007, at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Blanche Manning, in courtroom 2125 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and present, Defendant Green Tree Servicing LLC's Motion to Dismiss First Amended Complaint, a copy of which is attached hereto.

/s/ Marshall L. Blankenship
One of the attorneys for defendant, Green
Tree Servicing LLC

James D. Adducci
Marshall L. Blankenship
Adducci, Dorf, Lehner, Mitchell
 & Blankenship, P.C.
150 North Michigan Avenue, Suite 2130
Chicago, Illinois 60601
312/781-2800