IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 0097 |
| | ) | |
| v. | ) | Judge Nordberg |
| | ) | |
| GREENTREE, | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

### RE-NOTICE OF MOTION

TO:  David Powell
   P.O. Box 5282
   Lansing, Illinois 60438

   PLEASE TAKE NOTICE that on January 31, 2008, at 2:30 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John A. Nordberg, in courtroom 1801 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and present, Defendant Green Tree Servicing LLC's Motion to Dismiss First Amended Complaint, a copy of which is attached hereto.

                                        /s/ Marshall L. Blankenship
                                        One of the attorneys for defendant, Green
                                        Tree Servicing LLC

James D. Adducci
Marshall L. Blankenship
Adducci, Dorf, Lehner, Mitchell
 & Blankenship, P.C.
150 North Michigan Avenue, Suite 2130
Chicago, Illinois 60601
312/781-2800

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for defendant, certifies that on January 22, 2008, he caused a copy of the foregoing Re-Notice of Motion to be served by U.S. Mail, postage prepaid, on:

> David Powell
> P.O. Box 5282
> Lansing, IL  60438

/s/ Marshall L. Blankenship