UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

David Powell
                Plaintiff,

v.                                        Case No.: 1:08−cv−00097
                                              Honorable John A. Nordberg

Greentree
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 31, 2008:

      MINUTE entry before Judge John A. Nordberg : Briefing as to MOTION by Defendant Greentree to dismiss First Amended Complaint [6] is set as follows: Response due by 2/28/2008; Reply due by 3/17/2008.Status hearing set for 2/20/2008 at 2:30 PM.Mailed notice(tlp,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.