UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

David Powell
                Plaintiff,

v.                               Case No.: 1:08–cv–00097
                                    Honorable John A. Nordberg

Greentree
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

MINUTE entry before Judge John A. Nordberg :Status hearing held on 2/20/2008. Briefing schedule as to MOTION by Defendant Greentree to dismiss First Amended Complaint [6] is stricken. The court will reset briefing schedule.Status hearing set for 3/5/2008 at 2:30 PM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.