

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FEB 2 1 2008
Feb 21 2008
UNITED STATES DISTRICT COURT

## IN FORMA PAUPERIS APPLICATION
## AND
## FINANCIAL AFFIDAVIT

MR·DAVID Powell
_____
Plaintiff

.v.

GReenTRee
_____
Defendant(s)

CASE NUMBER 1:08·cu·00097

JUDGE HON J. NORDBERG

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __DAVID Powell__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?     ☐Yes     ☒No   (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount:_____

2. Are you currently employed?     ☐Yes     ☒No
   Monthly salary or wages:_____
   Name and address of employer: _____
   _____

   a. If the answer is "No":
      Date of last employment: 3-23-00
      Monthly salary or wages: 1,600
      Name and address of last employer: MazDA 547 W. JACKSON BLVD
      ChicAGO, ILL

   b. Are you married?     ☐Yes     ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages DisABILITY                    ☒Yes     ☐No
      Amount 1,600     Received by PLAINTIFF

b.    ☐ Business, ☐ profession or ☐ other self-employment      ☐Yes      ☒No
Amount_____    Received by_____

c.    ☐ Rent payments, ☐ interest or ☐ dividends      ☐Yes      ☒No
Amount_____    Received by_____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☒ disability, ☐ workers'
       compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                              ☒Yes      ☐No
Amount  1,600        Received by  PLANTIFF_____

e.    ☐ Gifts or ☐ inheritances      ☐Yes      ☒No
Amount_____    Received by_____

f.    ☐Any other sources (state source:_____)    ☐Yes      ☒No
Amount_____    Received by_____

4.    Do you or anyone else living at the same residence have more than $200 in cash or checking or
       savings accounts?            ☐Yes      ☒No      Total amount:_____
       In whose name held:_____    Relationship to you:_____

5.    Do you or anyone else living at the same residence own any stocks, bonds, securities or other
       financial instruments?                              ☐Yes      ☒No
       Property:_____    Current Value:_____
       In whose name held:_____    Relationship to you:_____

6.    Do you or anyone else living at the same residence own any real estate (houses, apartments,
       condominiums, cooperatives, two-flats, three-flats, etc.)?      ☐Yes      ☒No
       Address of property:_____
       Type of property:_____    Current value:_____
       In whose name held:_____    Relationship to you:_____
       Amount of monthly mortgage or loan payments:_____
       Name of person making payments:_____

7.    Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile
       homes or other items of personal property with a current market value of more than $1000?
                                                                  ☒Yes      ☐No
       Property:  1997 Jeep_____
       Current value:  2,800_____
       In whose name held:  PLANTIFF    Relationship to you:_____

8.    List the persons who are dependent on you for support, state your relationship to each person and
       indicate how much you contribute monthly to their support.  If none, check here ☒No dependents
       _____
       _____

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 2-10-08

Signature of Applicant

DAVID POWELL
(Print Name)

-------------------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
#### (Incarcerated applicants only)
#### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____.
I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

_____         _____
        DATE                           SIGNATURE OF AUTHORIZED OFFICER

                                _____
                                          (Print name)

rev. 10/10/2007