# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John A. Nordberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 97 | **DATE** | 3/11/2008 |
| **CASE TITLE** | POWELL vs. GREENTREE | | |

**DOCKET ENTRY TEXT**

**Status hearing held on 3/5/2008. Status hearing continued to 3/19/2008 at 2:30 p.m. Plaintiff's motion to proceed in forma pauperis [15], [14], is granted. Plaintiff's motion for appointment of counsel [12] is granted. Order apppointment of Richard Chesley of the firm, Paul Hastings Janofsky & Walker LLP, 191 N. Wacker Drive, 29th Floor, Chicago, IL 60606, phone, 312 499 6000, richardchesley@paulpaulhastings.com to represent the plaintiff in this cause.**

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | TP |
|---|---|---|