**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

David Powell
                Plaintiff,

v.                                      Case No.: 1:08−cv−00097
                                                Honorable John A. Nordberg

Greentree
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

      MINUTE entry before Judge Honorable John A. Nordberg:Status hearing held on 3/19/2008.Status hearing set for 4/23/2008 at 2:30 PM. Briefing as to motion to dismiss[6] is set as follows: Plaintiff's response due by 4/23/2008. Plaintiff and counsel for plaintiff failed to appear for status today. Plaintiff and his counsel must appear at the next status hearing. Failure to appear may result in the court considering dismissal of this case instanter.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.