# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

David Powell
                            Plaintiff,

v.                                                      Case No.: 1:08–cv–00097
                                                      Honorable John A. Nordberg

Greentree
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2008:

      MINUTE entry before Judge Honorable John A. Nordberg:Status hearing held on 4/24/2008.Status hearing set for 5/29/2008 at 2:30 PM. Response to motion to dismiss [6] or motion for leave to file an amended complaint is due by 5/27/2008.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.