IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID POWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREENTREE,<br><br>　　　　　Defendant. | Case No.  08-CV-00097<br><br>Honorable John A. Nordberg |

**NOTICE OF MOTION FOR LEAVE TO AMEND
PLAINTIFF'S FIRST AMENDED COMPLAINT**

To:　James D. Adducci
　　　Marshall L. Blankenship
　　　Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C.
　　　150 North Michigan Avenue
　　　Suite 2130
　　　Chicago, IL 60601
　　　Telephone:  (312) 781-2800

　　　PLEASE TAKE NOTICE that on Thursday, May 29, 2008 at 2:30 p.m. we shall appear before Judge John A. Nordberg in Room 1801, 219 South Dearborn, Chicago, IL and present Plaintiff's Motion for Leave to Amend Plaintiff's First Amended Complaint.

　　　　　　　　　　　　　　　　　　　　　　　/s/  Gregory S. Otsuka
　　　　　　　　　　　　　　　　　　　　　　　Gregory S. Otsuka

Richard A. Chesley (6240877)
Gregory S. Otsuka (6270388)
Christian M. Auty (6285671)
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive
30th Floor
Chicago, IL  60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 27, 2008, he served a copy of the foregoing Notice of Motion for Leave to Amend Plaintiff's First Amended Complaint upon the attorneys below by electronic filing using the U.S. District Court for the Northern District of Illinois Electronic Case filing System.

>James D. Adducci
>Email:  jadducci@adlmb.com
>Marshall L. Blankenship
>Email:  mblankenship@adlmb.com
>Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C.
>150 North Michigan Avenue
>Suite 2130
>Chicago, IL  60601
>Telephone:  (312) 781-2800

>/s/  Gregory S. Otsuka
>Gregory S. Otsuka