UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

David Powell
                     Plaintiff,

v.                                           Case No.: 1:08−cv−00097
                                                 Honorable John A. Nordberg

Greentree
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable John A. Nordberg: before the Honorable John A. Nordberg:MOTION by Plaintiff David Powell to amend/correct Motion for Leave to Amend Plaintiff's First Amended Complaint [23] is granted. Defendant is granted leave to answer or otherwise plead within 60 days. Status hearing held on 5/29/2008.( Status hearing set for 9/25/2008 at 2:30 PM.)Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.