# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

David Powell

          Plaintiff,

v.

                                        Case No.: 1:08–cv–00097
                                        Honorable John A. Nordberg

Greentree

          Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Arlander Keys for the purpose of holding proceedings related to: discovery supervision and settlement conference.(tlp, )Mailed notice.

Dated: May 29, 2008

                                          /s/ John A. Nordberg

                                          United States District Judge