## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Nordberg | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 C 97 | **DATE** | 7/21/2008 |
| **CASE TITLE** | Powell vs. Greentree | | |

**DOCKET ENTRY TEXT**

Status hearing held; continued to . The Defendant indicated to the Court that it will be filing a dispositive motion before the district judge, by 8/4/08. Plaintiff's response to Defendant's motion to be filed by 9/4/08. Defendant's reply thereto, is due by 9/18/08. Status hearing before this Court is set for 9/8/08 at 9:00 a.m. The Parties to continue with discovery. *AK*

Docketing to mail notices.

00:05;nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|