IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID POWELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREENTREE, ) <br> ) <br> Defendant. ) | Case No. 08 C 0097 <br><br> Judge Nordberg <br> Magistrate Judge Keys |

## DEFENDANT GREEN TREE SERVICING LLC'S
## MOTION TO DISMISS SECOND AMENDED COMPLAINT

Defendant, Green Tree Servicing LLC ("Green Tree"), by its attorneys and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss the Second Amended Complaint of the plaintiff, David Powell ("Powell"). In support of this motion, Green Tree states as follows:

1.  This is Powell's third lawsuit against Green Tree and, like the two before it (which were dismissed), this suit arises from a Retail Installment Contract and Security Agreement ("Agreement") which Powell entered into with WaterWerks Boat Sales, Inc. on May 21, 1998, and which was ultimately assigned to Green Tree. Now represented by appointed counsel, Powell has filed his SAC alleging claims for negligent misrepresentation (Count I) and willful and negligent violation of the Fair Credit Reporting Act ("FCRA") (Counts II and III, respectively).

2.  In his claim for negligent misrepresentation, Powell claims he was told by Green Tree that his request for a loan extension had been approved and then was subsequently told by Green Tree that he had to make an immediate payment on his loan notwithstanding that prior conversation. Powell "immediately made the payment." (SAC, ¶ 22). Powell asserts that as a

result of being told the extension had been approved when, in fact, that was not true, he was "forced to make immediate payment using a check-by-phone service" and that he suffered "emotional distress." (SAC, ¶¶ 22-23.) This claim fails because Green Tree is not in the business of supplying information, Plaintiff did not reasonably rely on the purported misrepresentation, and damages for emotional distress are not available under a theory of negligent misrepresentation.

3.   As to his FCRA claims, Powell claims that Green Tree did not provide him with the required notice when its reported negative information about him to certain credit reporting agencies. This claim fails because Green Tree did, in fact, provide the required notice using the model language created by the Board of Governors of the Federal Reserve System. That action constitutes full compliance with FCRA. See Declaration of Cory L. Guindun, attached hereto as Exhibit A.

4.   In further support of this motion, Green Tree has filed herewith a memorandum of law.

WHEREFORE, defendant, Green Tree Servicing LLC, requests that the Court dismiss the Second Amended Complaint with prejudice.

                              Respectfully submitted,

                              /s/ Marshall L. Blankenship
                              One of the attorneys for defendant,
                              Green Tree Servicing LLC

James D. Adducci
Marshall L. Blankenship
Adducci, Dorf, Lehner,
   Mitchell & Blankenship, P.C.
150 N. Michigan Avenue, Suite 2130
Chicago, IL 60601-7524
(312) 781-2800

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID POWELL,                )  | |
|                              )  | |
|         Plaintiff,           )  | |
|                              )  Case No. 08 C 0097 |
|    v.                        )  | |
|                              )  Judge Manning |
| GREENTREE,                   )  Magistrate Judge Keys |
|                              )  | |
|         Defendant.           )  | |

## DECLARATION OF CORY L. GUINDON

I, Cory L. Guindon, declare and state as follows:

1. I am over eighteen years of age, have personal knowledge of the matters set forth herein, and am competent to testify as to them if called upon to do so.

2. I am presently employed by Green Tree Servicing LLC ("Green Tree") in the position of Vice President – Collections. I have held that position since April of 2008. Prior to that I held the position of Director of Collections for the last six years with Green Tree.

3. In my position, I am familiar with Green Tree's billing practices and its records containing images of monthly billing statements sent to Green Tree's customers.

4. Green Tree creates and retains image copies of the monthly billing statements it sends to its customers in a computer database. Those records are generated, inputted and kept in the ordinary course of Green Tree's business and Green Tree relies upon those records in conducting its business.

5. I have searched Green Tree's database and located the images which Green Tree has retained of monthly billing statements sent to Powell. Attached hereto as Exhibit 1 is the


EXHIBIT A

monthly billing statement that Green Tree mailed to Powell on December 11, 2004. The statement was mailed via the United State mail to Powell at P.O. Box 5282, Lansing, Illinois 60438-5282.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 31, 2008.

*[signature]*



**GREEN TREE**

Mailstop L800C
800 Landmark Towers
345 St. Peter Street
St. Paul, MN 55102

## MONTHLY BILLING STATEMENT

#BWNKDVR
#BIIMDMKJ7#

+ 0001067 000083285 09GT02-055802-P1P2P3P7
David M Powell
PO Box 5282
Lansing IL 60438-5282

### Account Information

| | |
|---|---|
| Account # | 147716724 |
| Billing Date: | 12/11/04 |
| Year To Date Interest Paid: | $ 2,469.51 |
| Principal Balance*: | $ 24,655.04 |

*This is not the amount required to pay your loan in full.

**NEXT PAYMENT DUE DATE: 01/05/05**

| | |
|---|---|
| Current Payment: | $ 295.70 |
| Past Due Payment: | $ |
| Billed Late Charges: | $ |
| Insurance: | $ |
| Additional Charges: | $ |
| **Total Amount Due:** | **$ 295.70** |

### IMPORTANT INFORMATION

**BILLING INQUIRIES**
Send inquiries (not payment) with your account number to
Green Tree
Consumer Finance
PO Box 6078
Rapid City, SD 57709-6078

**CUSTOMER SERVICE**
For account information
Phone # 1-800-950-1233
Mon - Fri 7AM - 8PM CST
Saturday 8 AM - 5PM CST

www.gtservicing.com

**REMITTANCE ADDRESS**
Green Tree
PO Box 94710
Palatine, IL 60094-4710

SEE REVERSE SIDE FOR MORE CONTACT INFORMATION

### IMPORTANT INFORMATION AREA

IMPORTANT NOTICE: We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

### ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 12/11/04

| Date Rec'd | Principal Amount | Interest | Late Charges | Physical Damage | Life Disability | Other Insurance | Additional Charges | Additional Principal |
|---|---|---|---|---|---|---|---|---|
| 12/02/04 | 27.72 | 268.28 | | | | | | |

*OS8582*

---

Detach and return this portion with remittance

**GREEN TREE**

Please make checks payable to Green Tree
**ACCOUNT NUMBER 147716724**

Receipt of a personal check is authorization to collect payment electronically. See back of statement for more information.

| Payment Due Date | Total Amount Due | Additional Principal |
|---|---|---|
| 01/05/05 | $ 295.70 | |

Enter total amount of payment enclosed
**TOTAL ENCLOSED $**

David M Powell
PO Box 5282
Lansing IL 60438-5282

GREEN TREE
PO BOX 94710
Palatine, IL 60094-4710

14771672    4    00029655    0000029570

**EXHIBIT 1**

## CERTIFICATE OF SERVICE

      The undersigned, one of the attorneys for defendant, certifies that on August 4, 2008, he caused a copy of the foregoing Defendant Green Tree Servicing LLC's Motion to Dismiss Second Amended Complaint to be served by ECF upon:

      Gregory S. Otsuka, Esq.
      Paul, Hastings, Janofsky & Walker LLP
      191 N. Wacker Drive
      Thirtieth Floor
      Chicago, Illinois 60606

                              /s/ Marshall L. Blankenship