Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John A. Nordberg | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| CASE NUMBER | 08 C 97 | DATE | 9/8/2008 |
| CASE TITLE | David Powell vs. Greentree | | |

**DOCKET ENTRY TEXT**

Status hearing held. The parties are briefing a dispositive motion before the district judge. A motion and response have been filed. Reply due 9/18/08. Thereafter, the motion is to be ruled on by the district judge. The parties are to continue in discovery. Fact discovery deadline set for 3/31/09. Status hearing set for 12/3/08 at 9:00 a.m. *AK*

Docketing to mail notices.

00:05 nfpc

| | Courtroom Deputy Initials: | VKD |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 SEP -8 PM 6:10
FILED